IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

QUENTIN J. HALTON, SR. AND DEAN G. WOOD,

    Plaintiffs,

v.

Case No. 06-C-443

AMERICAN INTERNATIONAL GROUP, INC. and
GRANITE STATE INSURANCE COMPANY,

    Defendant.

**Hon. Rudolph T. Randa**

## **ORDER**

This matter is before the Court on the Stipulation to Stay Proceedings filed by the Plaintiff on January 3, 2007.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2007.

                                                  s/ Rudolph T. Randa
                                                HON. RUDOLPH T. RANDA
                                                CHIEF JUDGE